Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
middle District of Florida
Jacksonville Division

Maureen Mendes

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Debra Braga Chief Legal Counsil
1420 Pecan Park Rd
Jacksonville, Fl 33218
Jacksonville Airport

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:18-cv-365-J-34PDB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

FILED 2018 MAR 16 PM 12:23

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Maureen Mendes
Street Address: 940 West Main St Apt #8
City and County: Centerville
State and Zip Code: MA, 02632
Telephone Number: 617-222-0009
E-mail Address: maureennicholas@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Jacksonville Airport
- Job or Title (if known): Debra Braga, Cheif legal Council
- Street Address: 2400 Yankee Clipper Dr.
- City and County: Jacksonville, Duval
- State and Zip Code: Florida, 32218
- Telephone Number: 904-741-4902
- E-mail Address (if known):

Defendant No. 2
- Name: Debra Braga Cheif Legal counsel @ 14201 Pecan Park Rd. Jacksonville, Fl 32218
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

  b. If the defendant is a corporation

   The defendant, *(name)* Jacksonville Airport is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Monatary amount of claim unknown as I have pending surgeries to be done to do due to injuries from this incident.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. On March 18th 2013 I was coming down the Escalator located at the Jacksonville Airport and the escalator jolted. I saw ahead of me the luggage piling up at the bottom. I then had no place to move the man in back of me jumped over me since he could anticipate what was about to happen. He avoided hitting me while moving by me he witnessed me that I had already fallen as the luggage was being removed. The baggage employee tried to help me but the escalator was pulling my Hair piece and it pulled it out with some of my natural hair as well pulling my dress and jacket. Another employee came from the other side as he seen what was happening and ran over to shut the emergency button off and asked was I okay and gave me a chair to sit because I had become dizzy and almost passed out he then called the ambulance and I was then taken to the Baptiste Medical Center where I was administered care for my injuries sustained.

IV.

I would like to be compensated for medical bills that has and still will accrue and for all out of pocket cost due to the fall. As well as for the pain and suffering that has caused Anxiety depression due to Surgeries I have had has made my live and way of living and traveling very difficult and has made me disabled to where I cant work.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-16-17

Signature of Plaintiff   *Maureen Mendes*
Printed Name of Plaintiff   Maureen Mendes

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address